## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lonnie Whitaker,  Civil No. 10-3595 (RHK/AJB)

      Petitioner,  **ORDER**

vs.

Scott Peter Fisher,

      Respondent.

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: August 19, 2010

                                                    s/Richard H. Kyle  
                                                    RICHARD H. KYLE  
                                                    United States District Judge