## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Lonnie Whitaker, | Civil No. 10-3595 (RHK/AJB) |
| Petitioner, | **ORDER** |
| v. | |
| Scott Peter Fisher, Warden, | |
| Respondent. | |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by Chief United States Magistrate Judge Arthur J. Boylan dated March 28, 2011, all the files and records, and no objections having been filed with respect thereto, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 18) is **ADOPTED**;

2. Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

3. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   April 25, 2011.

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
